**Order entered November 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00766-CV

## MICHAEL A. NASR, Appellant

## V.

## JOHN DAVID WHITEHEAD, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03670**

## ORDER

Before the Court is appellant's November 24, 2020 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **December 14, 2020**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE